Form a0trjud

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

In Re: Rickey A. Banks
Karen W. Banks
       Debtor(s)

SSN/TAX ID:
   xxx−xx−6848
   xxx−xx−4810

Case No.: 1:09−bk−16818

Chapter: 7

Judge: Jeffery P. Hopkins

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is given that:

The above captioned case has been reassigned from the Honorable Burton Perlman to the Honorable Jeffery P. Hopkins .

Dated: October 16, 2009

                       FOR THE COURT:
                       Kenneth Jordan
                       Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: graya               Page 1 of 1              Date Rcvd: Oct 16, 2009
Case: 09-16818                Form ID: a0trjud          Total Noticed: 28

The following entities were noticed by first class mail on Oct 18, 2009.
db/jdb       +Rickey A. Banks,    Karen W. Banks,    9071 Long Lane,    Cincinnati, OH 45231-4049
12873246     +5 Star Bnk,    P.o. Box 35460,    Colorado Sprin, CO 80935-3546
12873247     +Ace America's Cash Express,    1207 W. Galbraith Road,    Cincinnati, OH 45231-5607
12873248     +American General Finan,    8340 Colerain Ave Ste 37,    Cincinnati, OH 45239-3916
12873249     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
12873250     +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
12873251     +Buckeye Lending Solutions,    7001 Post Road,    Suite 200,    Dublin, OH 43016-8334
12873252     +Buckeye Lending Solutions,    9234 Colerain Avenue,    Cincinnati, OH 45251-2406
12873253     +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
12873256     +Checksmart,    PO Box 3544,    Dublin, OH 43016-0269
12873257     +Cincinnati Bell,    PO Box 2301,    Supervisor PRC 103-1100,    Cincinnati, OH 45201-2301
12873258     +Cincinnati Bell Wireless,    PO Box 10938,    Lynchburg, VA 24506-0938
12873259      Cinco Federal Credit U,    Auburn & William Howard,    Cincinnati, OH 45219
12873260     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12873261     +Duke Energy,    PO Box 9060,    Dublin, OH 43017-0960
12873262     +First Bank of Delaware,    PO Box 37727,    Philadelphia, PA 19101-5027
12873263     +Ginny's Inc,    1112 7th Ave,    Monroe, WI 53566-1364
12873264     +Jake Sweeney,    7901 Vine St,    Cincinnati, OH 45216-1743
12873265     +National Credit Soluti,    3675 E I 240 Service Rd,    Oklahoma City, OK 73135-1733
12873266     +Northstar Capital Acquisition,    c/o Thomas Landis, Esq.,    Four Greenwood St., Ste. 220,
               Bensalem, PA 19020-2025
12873267     +QC Financial Services,    7990 Colerain Avenue,    Cincinnati, OH 45239-4512
12873268     +The Gutter Shutter, Co,    862 E. Crescentville Rd.,    Cincinnati, OH 45246-4843
12873269     +Thomas A. Wietholter, Esq.,    441 Vine Street,    #3700,    Cincinnati, OH 45202-3009
12873270     +Thomas Landis, Esq.,    3325 Street Road,    Suite 220,    Bensalem, PA 19020-2025
12873271     +Thomas R. Sullivan, D.C.,    7106 Pippin Road,    Cincinnati, OH 45239-4605
12873272     +Valued Services of Ohio, LLC,    8593 Winton Road,    Cincinnati, OH 45231-4923

The following entities were noticed by electronic transmission on Oct 16, 2009.
12873254     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
12873255     +E-mail/Text: cashland@nuvox.net                                Cashland,    17 Triangle Park,
               Cincinnati, OH 45246-3411
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2009**                    **Signature:**    *Joseph Speetjens*